IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

Full Name of PlainTiff (s)

JAMES DARREN EASTRIDGE

**FILED**

**01/17/2023**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

VS.                    Case Number: 4:23-CV-08 SEB-KMB
                       (To be supplied by Clerk of Court)

Full Name of DefendanT (s)

1. FACE BOOK,     Social media website
2. CSR 2 / CommuniTy Social Media website
3. AviaTion Surveillence SYSTEM Digital AND owner
4. Sean Joseph WHELAN
5. CLARK CouNTy SHeriff's DepartmenT "Aviation",
6. eTc, All That Follow (s) oN NeXT pg. DeFendanT (s)
   ATTached)

      TO MANY TO LisT

DEFENDANTS                                              Pg 1.

1. ERIC WRIGHT
2. TABITHA WRIGHT
3. Merry Duncan
4. DAKOTA Morris - Shireman
5. CIRCLE K          Clarksville, IN AND Jeffersonville, IN Stores
6. STEVEN DALE SHireman II
7. STeven DALE SHireman II
8. William DouGlas
9. RoNalD Whelan
10. TABiTHa whelan
11. DaKoTa whelan
12. william Russ WHELAN I
13. william Russ WHELAN II
14. William RuSS WHELAN III
15. william RuSS WHELAN IV
16. micheal Whelan II  S
17. micheal Whelan II II
18. JoHN WHELAN
19. GeoRGe WHelan
20. ARlene WHelan
21. Lindsey whelan
22. DeBBie WHelan
23. TonY wHelan I
24. Tony whelan II
23. MARK WHelan I
24. MARK WHelan II
25. Amy WHelan
26. ALexis whelan I
27. ALexis whelan II

Defendants

Pg 2.

28. SEAN J. WHELAN
29. KATHLEEN WHELAN
30. VALERIE WHELAN
31. STEVE WHELAN
32. CHARLES WHELAN
33. NIGEL HAWMAN
34. CINDY HAWMAN
35. RED CECIL
36. JOSH GREGORY
37. Debbie VANWEY
38. DARYL VAN WEY
39. DARREN VAN WEY
40. RANDY SHAVER
41. KRISTEN SHAVER
42. BRANDON SHAVER
43. ALEXIS SHAVER WHELAN
44. william Bill wibbles
45. micheal wibbles "Mike"
46. TAMMY Fulkerson
47. Brian Fulkerson
48. MARia Fulkerson
49. MARK Fulkerson
50. Tony Fulkerson
51. Ronnie Fulkerson
52. Toni Robinson
53. Tommie Robinson
54. Denny Robinson
55. MARK Robinson
56. Trisha Robinson

Pg 3

Defendants

57. Johnny Eastburn
58. Kathy Eastburn "maiden" Preston, Schaller
59. Sonny Eastburn
60. Kathy Whelan
61. Greg Eastburn
62. Jim Schiller
63. Catherine Saitsgaver
64. Richard "Rick" Saitsgaver
65. Christopher "Chris" Saitsgaver
66. Tony Parker
67. Charles "Chuck" Jones
68. Chris Jones
69. Angela Whelan
70. Dakota Fulkerson
71. Lisa Whelan / Fulkerson
72. Tony O'Bannon
73. C. Morgan                Georgetown police officer
74. Victoria Webb Morgan
75. Tommie Webb
76. Timmie Webb
77. Steven Webb
78. Bill Kitchens
79. Roger Sanchez
80. Mary Sanchez
81. Scott Sanchez
82. Mark Sanchez
83. Wendy Olsen
84. Crystal Gresham
85. Mike Gresham

Defendants                                    Pg 4

86. William KEMP
87. William James
88. R. SAMLAND        "Pitot" Clark County Sheriff's Dept
89. Tom HiGdon
90. Jamey NOEL
91. Donavan Harold
92. Donnie LeveriT
93. TrisTA Tenison
94. DAViD Tenison
95. Tracy Tenison
96. KrisTA Tenison
97. John Andrew Goodridge
98. Lois Shireman DryFuse
99. Jonathan Shireman
100. Terrie Shireman - KOIS
101. Dawn Renee Shireman
102. Duwanna INGlE
103. TanyA WolF
104. Jerry Dunn
105. Gordin D. INGLE
106. BART BeTeau
107. Tina J McCUTcheon
108. Dennis McCuTchen
109. JARin DoDDS
110. Blake Duncan
111. Jimmy JAMes
112. Jason Wooldridge
113. Jessica lynn BrusT

Defendants

114. Jeremy Mull
115. Andrew Adams
116. "MATT" ADAMS MATHEW
117. WAYNE EDWARDS
118. Archie Nelson
119. RONALD Hornback JR
120. William DAWKINS
121. Kimberly Jones DAWKINS
122. MARK Levesque
123. Christopher Keaton
124. Ciara Keaton
125. RACHEAL Lee
126. Robert Lee
127. Mildred Fulkerson
128. Monica Fulkerson
129. Trisha Randell
130. Jacob Randell
131. ~~Lisa~~ RANdell Haylee
132. Trisha Estep
133. Kenneth SEIG
134. Toni Casstelli
135. TABitha Casstelli
136. ~~Lisa~~ Casstelli MARY
137. Lori Mendez
138. Cooper Allen
139. Nolen Bauman
140. Jason Satterfield
141. Victoria Satterfield
142. Christina Daniels

Defendants

Pg 6

143. Josie Fulkerson
144. Mike Harbin
145. Steven Vincent Beutel I
146. Steven Vincent Beutel II
147. Ken Alexander
148. Keith Alexander
149. Nick Nicholson
150. Mindy Lee Nicholson
151. Vicki Carmicheal
152. Jason Preston
153. Kayla Preston
154. Kevin Daily
155. Tiffany Daily
156. Lisa Daily
157. Barbara Daily
158. Tommie Sizemore
159. David Sizemore
160. Eddie Sizemore
161. Chris Sizemore
162. Tony Cunningham
163. Lisa Cunningham
164. Shawn Fulkerson
165. Jim Warsaw I
166. Jim Warsaw II
167. Wayne Makrowsky
168. David Makowsky I 'Dave'
169. David Makowsky II
170. Shirley Makowsky

Defendants                                                                Pg 7.

171. OFFicer Wagner - Sellersburg police Department
172. OFFicer Baker - Sellersburg police Department
173. OFFicer Cortie - Sellersburg police Department
174. OFFicer King - Sellersburg police Department
175. OFFicer pickerell - Sellersburg police Department
176. OFFicer Braswell - Sellersburg police Department
~~177. Christopher Keaton~~
~~178. Ciera Keaton~~
179. MARK Callison
180. pamela Wolf
181. DAVE Tenney
182. Nick mobley
183. OFFicer JEBB
184. William Brown
~~185. Nolen Bowman~~
186. Jim SawHeaber
187. mike Campbell
188. DAVid Mitchell
189. OFFicer Oberly
190. Jeff Skaggs
191. A. Shultz                    DispAtcher
192. Bill Alexandria
193. michelle miller
194. Diana cherry          65 + years old
195. Micheal Nelson
196. Angela Nelson
197. ZoEY Nelson
198. ARchie Nelson
199. Judy combs

Defendants

Pg 8.

200. MATHEW R. COURTNEY
201. JORDAN WHITEHEAD
202. Jason Kerberg
203. B.G. Wilson          Dispatcher
204. S. Fritz             Dispatcher
205. A. REEF              Dispatcher
206. DARCY Whelan
207. Kenny Rupp
208. Janice Flannery
209. Scott Jeffries
210. Chris Weiglam
211. Dawn Weiglam
212. Toby Weiglam
213. K. Mitchell          Dispatcher
214. K. Smith             Dispatcher
215. R.E. Hubbard         Dispatcher
216. M. Conlen            Dispatcher
217. T.C. Braswell        Dispatcher
218. Terrin Caldwell
219. Dustin Sanchez
220. Jim Schiller II
221. Jacob Elder
222. Mitchel Harlin
223. W. Crumpton          Dispatcher
224. E. Gentry            Dispatcher
225. J. Miller            Dispatcher
226. "MARSha" MARTHA MAKowsky WHElan
227 STEVE CARTER

Defendant

228. ELIZABETH CARTER
229. THEA KAY'S "MAIDEN"
230. TAWANNA KAYS "MAIDEN"
231. Roger Caldwell
232. Shelbie Stevens
233. RANODA STEVENS
234. Arrow Spalding
235. ANGELIA Reynolds
236. TONY Seiblit
237. Tommie Seiblit  Sudie
238. NATALIE HIGDON
239. Alice Richman
240. Jay Looney
241. MARCUS McGee
242. DARLENE BURKHEAD
243. Meaghan PAVEY
244. Rick Wooldridge
245. Rick Evans
246. CRYSTAL MARTIN
247. JONAH Dreyer
248. WANDA Brooks
249. James Brooks
250. TONI Hollis
251. michelle Hollis
252. Ricky Sizemore
253. Ronnie Schaller  Ronald
254. Donald Ross JR
255. TABITHA Schaller
256. ANN Calavitta

A. PARTIES

(1.) Plaintiff is a citizen of INDIANA, and is located at 501 COURT Ave Jeffersonville, 47130

(2.) Defendant, 1) FACEBook
   2) CSR 2 COMMUNITY
   3.) ERIC WRIGHT
   4.) TABITHA WRIGHT
   5.) MERRY DUNCAN
   6.) DAKOTA Morris-SHireman
   7) circle K
   8) STEVEN DALE SHIREMAN II
   9) STEVEN DALE SHIREMAN I
   10) william DouGlas
   11) RONALD WHELAN
   12) TABITHA WHELan
   13) DAKOTA WHELAN
   14) William Russ WHELAN IV
   15) micheal WHELAN II
   16) JOHN WHELAN
   17) GEORGE WHELAN
   18) ARlENE WHELAN
   19) Lindsey WHELAN
   20) Debbie WHELAN
   21) TONi WHELAN I
   22) ToNi WHELAN II
   23) AMY WHELAN
   24) william Russ WHELAN IIII 5th
   25) ALEXIS WHELAN

26) SEAN J. WHELAN
27) MICHEAL WHELAN I
28) William Russell WHELAN II
29) William RUSTY WHELAN I / William Russell Whelan
30) KATHLEEN WHELAN
31) VALERIE WHELAN
32) STEVE WHELAN
33) DAKOTA WHELAN II
34) CHARLES WHELAN
35) NIGEL HAWMAN
36) Cindy HAWMAN
37) RED CECIL
38) JOSH Gregory
39) DEBBIE VANWEY
40) DARYL VANWEY
41) DARREN VANWEY
42) RANDY SHAVER
43) KRISTEN SHAVER
44) BRANDON SHAVER
45) William Bill WIBBLES
46) mike WIBBLES "micheal"
47) TAMMY Fulkerson
48) Brian Fulkerson
49) MARK WHELAN
50) MARIA Fulkerson
51) Toni Fulkerson
52) Toni Robinson
53) Tommie Robinson
54) Denny Robinson

55) MARK Robinson
56) TRISHA Robinson
57) Johnny EASTburn
58) GREG EASTBURN
59) Sonnie EASTBurn
60) KATHY EASTBURN, PReston, Schaller
61) CATHerine SAITSGauer
62) "Rick" Richard SAITSGauer
63) JOHN SAITSGauer
64) Timmy SAITSGauer
65) TONY PARKER
66) charles Jones
67) chris Jones
68) ANGela WHELAN
69) DAKOTA Fulkerson
70) Lisa Fulkerson / WHELan
71) TONY O'BANnon
72) C. MORGAN
73) Victoria webb MORGAN
74) Tommie webb
75) Billy kitchen's
76) ROGER SANchez
77) MARY SANchez
78) SCOTT SAnchez
79) MARK sanchez
80) WENDY OISEN
81) Crystal Gresham
82) Mike Gresham

83) William KEMP
84) ~~MARK FULKERSON~~ Surveillance System Digital, LLC
85) R. SAMLAND          pilot clark county Sheriff's Dept
86) Tom Higdon
87) Jamey NOEL
88) Donavan Harold
89) Donnie Leverit
90) TRISTA Tenison
91) DAVID Tenison
92) John Goodridge
93) Lois Shireman Dryfose
94) Terrie Shireman - KOIS
95) Christa Rebecca L. HALE
96) DAWN Renee Shireman
97) Duwanna INGLE - SPAW
98) TANYA WOLF
99) Jerry Dunn
100) Gordan D. INGLE
101) BART BeTeau
103) TINA JO McCUTcheon
104) Dennis McCUTchron  oh spelled McCUTchen
105) JARin DODDS
106) Blake Duncan
107) Jimmy JAMES
108) Jason Wooldridge
109) Jason Whelan
110) Jessica lynn Brust
111) Jeremy Mull
112) ANDrew ADAMS

113) MATHEW ADAMS
114) MATHEW COOMER
115) WAYNE EDWARDS
116) ARCHIE NELSON
117) RONALD HORNBACH JR
118) William DAWKINS
119) Kimberly DAWKINS
120) MARK Levesque
121) Christopher Keaton
122) CIARA Keaton
123) RAchel Lee
124) Robert Lee
125) Mildred Fulkerson
126) CAlvin Fulkerson
127) monica Fulkerson
128) Trisha RANDALL
129) Trisha ESTEP
130) Kenneth SEIG
131) Toni CassTElli
132) Lori mendez
133) Cooper Allen
134) Nolen Bauman
135) Jason SatterField
136) victoria SatterField
137) christina DANiels
138) Josie Fulkerson
139) Mike HARBin
140) christopher SaltsGaver

141) Steven Vincent Beutel I
142) Steven Vincent Beutel II
143) Ken Alexander
142) Keith Alexander
143) Nick Nicholson
144) Mindy Lee Nicholson
145) Vicki Carmicheal
146) Jason Preston
147) Kayla Preston
148) Kevin Daily
149) Tiffany Daily
150) Tommie Sizemore
151) David Sizemore
152) Eddie Sizemore
153) Chris Sizemore
154) Tonie Cunningham "Tony"
155) Shawn Fulkerson
156) Jim Warsaw I, II
157) Jacob Randall
158) Alexis Shauer Whelan
159) Wayne Makowsky
160) Shirley Makowsky
161) Lisa Fulkerson
162) Jim Schiller I, II
163) Officer Wagner ~ Sellersburg Police Dept.
164) Officer Baker — Sellersburg Police Dept
165) Officer Cottie — Sellersburg Police Dept
166) Officer King — Sellersburg Police Dept

167) OFFicer pickerill - Sellersburg police Department
168) OFFicer Braswell - sellersburg police Department
169) christopher keaton
170) Ciara keaton
171) MARk Callison
172) pAmela WolF
173) DAue TENNey
174) Nick mobley
175) OFFicer JEBB
176) william Brown
177) Nolen BAuman
178) Jim Sawheaber
179) mike Campbell
180) DAuiD mitchell
181) OFFicer OBerly
182) Jeff Skaggs
183) A. SHuItz                    Dispatcher
184) Bill Alexandria
185) michelle miller
186) DIANA CHERRY
187) micheal Nelson
188) Angela Nelson
189) Zoey Nelson
190) Judy Combs
191) MATHEW R Courtney
192) Jordan WhiteHead
193) Jason kerberg
194) Bi Gui Wilson           Dispatcher

195) S. Fritz                        Dispatcher
196) A. Reef                         Dispatcher
197) Darcy Whelan
198) Kenny Rupp
199) Janice Flannery
200) Scott Jeffries
201) Chris Weiglam
202) Dawn Weiglam
203) Toby Weiglam
204) K. Mitchell                     Dispatcher
205) K. Smith                        Dispatcher
206) R.E. Hubbard                    Dispatcher
207) M. Conlen                       Dispatcher
208) T.C. Braswell                   Dispatcher
209) Terrin Caldwell
210) Jim Schiller II
211) Jacob Elder
212) Mitchel Harlan
213) W. Crumpton                     Dispatcher
214) E. Gentry                       Dispatcher
215) J. Miller                       Dispatcher
216) Martha Makowsky, Whelan
217) Steve Carter
218) Elizabeth Carter
219) Thea Kays
220) Roger Caldwell
221) Shelbie Stevens
222) Tawanna Kays "maiden"

223. Arron Spalding
224. Angelia Reynolds
225. B. Sanders                    Dispatcher
226. Dustin Sanchez
227. Archie Nelson
228. Thea Kays
229. Tawann Kays
230. Roger Caldwell
231. Rhonda Stewenss
232. Tony Seiblit
233. Sadie Seiblit
234. Natalie Higdon
235. Alice Rickman
236. Mitchell Harlin
237. Timothy Gray
238. Alice Rickman
239. Joy Looney
240. Marcus McGee
241. Stevie Townsend
242. Darlene Burkhead
243. Meaghan Pavey
244. Ricky Wooldridge
245. Rick Evans
246. Crystal Martin
247. Jonah Dreyer
248. Wanda Brooks
249. James Brooks
250. Toni Hollis
251. Michelle Hollis

252. Ricky Sizemore

253. Ronnie Schaller Ronald

254. Donald Ross JR

255. TABitha Schaller

256. Ann Calautta

is (if a person or private corporation)
a citizen of ___INDIANA, Kentucky, Else where___
STATE, IF KNOWN

and if a person resides at ___UNKNOWN___
ADDRESS, if Known

and if the defendant harmed you while Doing
The DefendanT(s) Job)


WORKED For AviaTion surveillance system Digital
Clark county sheriff's DeparTment
CSR2 / community
FACEBOOK
CIRCLE K store
Sellersburg police DeparTment
Clarksville police DeparTment
Jeffersonville police Department
INDIANA STATE police Department
STATE OF INDIANA
George Town police Department
Floyd county sheriff's Department
WALGreen's pharmacy
MAThis pharmacy
Delaco Castle   Employer's Name and ADDress if known
Wooldridge construction, Homes, Logistics
Clark county circuit court

B. STATEMENT OF CLAIM

ON the space provided on the Following pages, Tell.

1. Who violated your rights;
2. What each defendant did;
3. When They did iT;
4. Where iT happened; and
5. Why They did iT, if You Know

ON December 21, 2017 at 10:04 am CSR 2 Community and ERIC Wright AND FACE BOOK HAD posted AN INTENTIONAL FAlse communication, either written oR spoken Through Social Media websiTes THaT Harmed JAMES DARREN EASTRidge, RepuTaTion and IT HAS decreaSed ReSpecT, And INDUCed the disparaging And A HoSTile opinions or Feelings againST JAMES DARREN EASTRIDGE,

ON December 26, 2017 THE Slander was continued THrough FACE Book From DAKOTA morriS SHireman and STeven DAle Shireman, AND MERRy DuncAn members OF Both Social media websiTes AND THROUGH SEVERAL police DEPARTMENT'S THE POST on Face Book AND CSR 2 Community Reads as Follows

→ continue

I HURT CHildren WRITTEN ON A picTure OF MYSELF JAMES EASTRIDGE Approximatly September 18, 2017 a Member And or A Friend on social media websites HAD posTeD.

JESSica Lynn BrusT STATeD.

Does ANyone Know whaT counTy THis Guy is RegisTered IN? TO REpORT HIM TO

on TOp OF The posT WAS A Copy oF STeven N DAKoTA Shireman added 2 New phoTo's with morris and 8 oTher's

NOTE: THis Sorry WASTe oF Air is a "peDophile" He's From ELiZabeTh INDIANA and a TRUCK DRIVER!

pleASE SHARE TO KEEP YOUR KiDS SaFE From Like Him!

I HAD A BRIEF TXT MSg WiTH MERRY DuncAn in SEpTEMber 2017 THAT SayS

merry DuncAn — your Fucking Ugly and you need To Leave my chilD alone I will Come To Sellersburg INDiana and Find you I'm noT The Same person ThaT you Knew 13 years ago. And you are a child MolesTer FAce The TruTh.

AND i will Go DownTowN AND REopEN The case.

unlike you I Have a whole LoT oF FrienDs

JaMes EAstridge ~ Im THE one THaT reported you To child protective Services in new Albany For child molesting. ~~To RONALD WHELAN "SPD"~~
      my BroTHer was the one THaT TooK me There prove I moLesTeD DAKoTA morris.

Merry Duncan — THE DeTecTives Never questioned me. you are a child molester and I'll blast iT all over Fucking NEW Albany you are wHaT you are and you are NoTHing buT a damn Liar is whaT you are. and you also did iT To another Girl.

merry Duncan — NO Telling how many oThers There are. you JusT scare Them noT To Say noThing. you are as Fake as Hell. you need To leave my child alone or we will go downTown and press Charges against you For HarassmenT.

JAMes EASTridge — September 22, 2017
QuesTion? when DiD AN INvesTigaTion START — Case open ?
      WHo DiD MERRy Duncan and DAKoTA morris RepoRT
This Allegation Too. ?
      WHAT OFFicers. ?
      WHAT LAW ENFoRcemenT AGENcY ?   conTinued →
{ I Know FoR A FAcT iT was Never ReporTeD }
{ To new Albany police DeparTment. }

I HAVE several cell pHone STATEMENTS From DAKOTA morris And Steven DAle Shireman Slandering me to the public. From FACE Book AND CSR 2 community And other Social media sites I WAS STAbbed on July 18, 2020 Because oF DAKOTA morris and steven shireman merry Duncan And FACE Book and CSR 2 community and ERic wrighT and TAbitha wright, and circle K, Aviation surveillance system, CoNFIDenTial informants, Employee's oF Company I HAVE Been physicaly ASSaulted For Several Years By Friends and Aquantences AND FAlse Pre Judgement From Law enForcement, DAKOTA morris HAS used her place oF employment AT circle K AS A "plato". AnD FRiends oF Her's uses other places OF EmploymenT I've Been FAlse slandered I HAVE No charge, NO CoNViction oF Such a crime IM NoT on any Sex oFFender RegistRY, "Never CHARGED" or "Convicted" oF ANY child sex crimes I HAVE SuFFered EmoTional Distress, Humiliation physical medical Trauma (I Bare a Scar) From a STAb Wounded. AnD MENTal Flash BAcks oF PHYSical ATTACKS. P.T.S.D, Paranoid Fear disorder I suFFered public Slander, False publication inJury To proFession and business DeFamaToRY upon its Face, Scandal, Slur IM IN THE Public eye Now LABeled CAuse oF FACEBook AND CSR 2 community websites.

Defamation - ANY intentional False communication, either written or spoken, That Harms a person's reputation, decreases the respect, regard, or confidence in which a person is held, or induces disparaging, hostile, or disagreeable opinions or Feelings against a person.

Defamation may be a criminal or civil charge. iT encompasses both written statements, known as LIBEL, and spoken statements, called slander

THE population on THESE websites ARE 200 million Plus ON FACE Book Nationally AND Foreign countries, GloBAL

CSR 2 community population is well over 1 million in surrounding cities, Towns and STATES such as Kentucky, Illinois, OHio, Tennessee.

CSR2 community Here in Jeffersonville, INDiana, Clarksville, INDIANA, New Albany, INDIANA, Sellersburg, INDiana, INDianapolis, INDiana Louisville, Kentucky, Harrison county, INDiana CRAW Ford, county, INDIANA, ECT

My Friends on FACE Book STopPED TAlKING To me AND MY Family members. I'm All Alone Now.

THE probability THAT a plaintiff will recover damages in a DEFAMATION suit depends Largely on whether the plaintiff is a public or private FIGURE IN THE EYES OF THE LAW.

SINCE I WAS INTENTIONally Slandered and MY Reputation WAS INFAMY, SHAME BY FAlse publication.
SEveral 100 million plus people HAS continue To spread my nameAS child molester, JAMES EASTRIDGE or Jamie Eastridge HAS become A House Hold name And THE TOP Conversation For years Through public, public Schools, police Departments and your General conversation over COFFEE. IN THE mornings.
My personal INFORMATion Drivers Licenses, Social Security Number, My personal vehicle place of Residence, WHERE I am Employed AT, AND Every community I TAKe A Sunday Drive Through, knows ME.
I've HAD Several Thousand people THAT NOTice me at "Grocery Stores", "Circle K","getting GAS", Even aT "car washes" pull up and GeT ouT of There Vehicle AND TAKe pictures OF MY SelF and Vehicle. and threaten me.
I've Been Refused Services AT 2 circle K Locations, one clarksville, IN EASTERN BlVD, 10th ST Jeffersonville. INdiana

Determining who is a limited-purpose public figure can also be problematic.

IN Time, INC. V. Firestone, 424 U.S. 448, 96 S. CT 958, 47 L. Ed. 2d 154 (1976), the court held that the plaintiff, a prominent Socialite involved in a scandalous Divorce, was not a public figure because her divorce was not a public controversy and because she had not voluntarily involved herself in a public controversy. The court recognized that the divorce was Newsworthy, but drew a distinction between matters of public intrest and matters of public controversy.

T.N. v. B.D., 929 N.E. 2d 863 (IND. App 2010)
AT common Law, Defamation is defined, in relevant PART, AS a Communication that tends to Harm a person's reputation in the community's estimation or deterring the persons from dealing or associating with the person. Baker v. Tremco, inc, 917 N.E. 2d 650, 657 (IND 2009). IN order to impose Liability for defamation, THE UNITED STATE CONSTITUTION requires a False statement of fact made with actual Malice. Journal-Gazette Co. V. Bandido's inc, 712 N.E. 2d 446, 452, 457 (IND 1999)

I JAMES DARREN EASTRIDGE WAS in a Relationship WiTH MERRY DUNCAN FRom Year 2001 to 2003,

ONE DAY I came Home FRom work And And I Spent Time with my Family, I went to Bed EARLY, around 9 pm AT Night. I woke up Hereing a Noises And I Got up To See whaT The Noise WAS And I walked in To My STEP DAUGHTERS Bedroom And Discovered LAying on The FlooR My GirlFriend NAked AND Her DAuGHTER NAked MASTurebating each other. I looked out The Window And Seen a FiGuRE STANDiNG There with his penis OUT And a Camera. I Yelled at THEM, "I'm Leaving" and Turned BACK To The Living Room WHERE I JAMES EASTRidge WAS Sleeping And My STEP Son William Duncan AKA "LiTTle Jamie" And woke my STEP Son up And Told Him I WAS Leaving And I Grabbed 2 DUFFLe BAG'S oF cloThes And walked ouT, GoT into My Semi and LeFT.

IT WAS Approximately A Couple weeks or So And i Got A phone call From my MoTher MARY Dunn Telling ME THAT MY BroTher JEFF EASTRidge A Floyd County DePuTY SHeriFF A President OF Floyd County Commissioner,

Recieved a phone call THAT A police
officer wanted to Speak to me.
my Brother Jeff Eastridge Took me
To the child protective Services in
New Albany, INDiana I WAS Questioned
By officer schiller/whelan About a child molestation
on A DAKOTA morris AGE 10, AND I WAS Released
I WAS Never charged or convicted.

→ I HAD Another JoB opportunity IN Georgia
So I moved. IN 2003 To BAINBRIDGE
I GOT A JoB Working For THE STATE OF
GEORGIA FOR THE CiTY OF BAINBRiDGE
I WorkED, STATE OF Georgia From
2004 To 2005 IN The "STreeT DeparTmenT"
Recieved my ANNual Review and Recieved
a Raise. LATE 2005 or EARly 2006
I Recieved A phone call From my Brother
Jeff EAStridge Asking me To come BACK
And Work For Him AT C.C.E INC New Albany, IN
So I Resigned From THe CiTY OF BAINBridge
moved BACK TO New Albany, INDiANA AND
Corydon, INDiana AREA.
IN 2009 I WAS ArresTED For Burglary and
TheFT, Convicted AND SenTenced To prison
AFTER my Release in 2014 I WAS on
pARole By STATE OF INDIANA For 6 monTHs
Being on A GPS Tracking SysTem conTracTed
By A privaTe company From HArrison counTy, IN

I Noticed when i Returned From BAInbridge.
Georgia in 2006 Thru 2009 I WAS being
STAlked By LAW enForcement and
ConFidenTial INFormanTs, HelicopTers and
Drones, Never Arressted Just Followed
And Nasty MESSages on Social media
Websites, FACE Book And OTher Community
Groups. with THreatning messages.
AFTER my Release STATE police OFFicers
william Bill wibbles, DAViD "Jim" MAkowsky
Tommie Sizemore, MARY Sanchez AND
OFFicers From Sellersburg police sTaTion,
Alexis° shaver whelan, chief william Russ whelan
JARin DODDS, RonALD WHELAN, Toni WHELAN I,
micheal whelan II, Toni whelan II, Amy whelan
MARli whelan, Jimmy makowsky, kATHleen
WHAlen, VALerie whelan, Debbie VANWEY
DAKoTA WHELAN, TABiTHA WHELAN, Sonny EASTburn
→  Johnny EASTBURN, *GreG EASTburn "pilot" kATHy
EASTburn-presTon-Schaller-schiller, RANDy Shaver
STEVEN DALE SHireman, DAKoTA morris Shireman,
Jimmy JAmES, Jason Wooldridge, Tommie Robinson
TRisha ESTEp, Jason presTon, KAyla presTon,
AAron Spalding, Shelbie STEVENS, Tom Higdon,
→  R. SAMLAND "piloT" For clark county SheriFF
DeparTmenT And AviaTion Surveillence System
Blake Duncan, Dennis McCuTcheon, Tina Jo
McCuTchen Several conFidential InFormants
And Friends, Family oF OFFicers         → ConTinued

Every corner I turned every time i
created a NEW FACE BOOK page and
Group in a community on FACE Book
I WAS SLANDERED, INTENTionally
I Rented an Apartment From RED CECIL
on DAILY Road and these officers and
confidential informants would Approach
Land Lord and slander me, AS I AM under
INVESTIGATION or SAY I HAVE charges
of child molestation on DAKOTA morris.
and THIS continued with Surveillence Thermal
imaging Cameras and my privacy Rights
violated By putting Cameras in my Apartments
when i would Leave to go To work or
Store, The Land Lord Red cecil would
Allow these Officers And confidential informants
To HAve keys to Enter into my Apartment
I moved out of RED CECILS APARTMENT
For Those Rights Violations "4TH ADmendment"
And HArassment,
I GOT into A Relationship with ANGELA
Nelson And I RENTED EFFICIENCY APARTMENT'S
AT STAR MOTEL, RAMAD INN - Home lodge,
VALUE INN, clarksville and sellersburg Locations
AFTer a short Relationship of 4 month's
I SAW THAT ANGELA Nelson And HER Relative's
ARchie Nelson, Micheal Nelson, virginia Fox
STARTED To HAve Disagreeable opinions

About me. So I ended the Relationship
Around march of 2016.
On July 7, 2016 I completed parole and
probation without incident.
I was offered an Apartment in Sellersburg,
Indiana By Land Lord Josh Gregory.
I Signed Lease on September 5, 2016.
I started being Harassed By neighbors
my Apartment Broken Into Several times,
money Stolen, clothes and food stolen,
Every time i changed Light Bulb on my
Balcony it was Broken, Apartment Burglarized
Shirley Makowsky Lived Downstairs
Apartment Then moved and Then Aaron
Spalding and Angelia Reynolds moved in
I was Harassed by Them I Have Several
Sellersburg police incident Reports To
Support Harassment and Threatning
intimidations. Jason and Kayla preston
Lived with mildred Fulkerson — Grandmother
Next Door To Them Lived Kevin Daily
Who Threatened me and Attempted To Hit
me with A Brick. I called Gil and Sellersburg
police officer Alexis Shaver Whelan shows
up And State Trooper Payte. They
Never charged Kevin Daily or issued a
No Trespassing, There was nothing i could Do About It
In November I Got A Job Truck Driving

AT Wenger TransporT IN DAvenport, IOWA
I KepT MY ApartmenT in Sellersburg, IN
pAID up To DATe, EVicTED Because of Discrimination
I WAS in HoTel During my orientation
And physical exam IS when I Discovered
A Recent picture I HAD TAKen aT
Wenger orienTaTion class Room
ThaT my NEW FACE Book page I Created
ONce AGAIN HAS BEEN HACKED And A
Defamed picTure of me WAS Being
publizzed of THe same Horrific disparaging
CommenTs And slandering Allegations
I HAD ReTurned A monTh LaTer To my
Home — ApartmenT in Sellersburg, INDiana
And HAD GAThered up work clothes and Food
To prepair For Traveling AfTer A couple
Trips ouT over The Road i KepT NoTiceing
A helicopTor And Several officers and
confidenTial informanTs Following me.
AcrosS STATe lines inTo several STATES.
Aviation Surveillence SysTem DigiTal camera
owned By Sean J whelan and FAmily
And HAS contracTed A lease TO Several
police DeparTmenTs Such as clark county
Sheriffs DeparTmenT, Sellersburg police
DeparTmenT, INDiana STATE police, Also
USED By Debbie vAnwey Homeland SecuriTy
clarksville police DeparTmenT, Jeffersonville police

After several trips over the Road and Noticing peoples Hostile, and Distancing Attitudes when i walked into truck stops And visually witnessing several of there presence in stores and parking lot's I HAVE put two and two together, I've Been too Department of Justice with Evidence of pictures and Legal Documents And spoken too Debbie Vanwey witch Tried to impersonate Assitant US Attorney Debbra Richards I Gave Her copies And Filled out complaints on AUG 1, 2017 Debbie stated she Would Take care of it I HAVE GATHERED EVIDENCE TO AS why These Allegations and Criminal slandering continues.

1) Embezzlement useing A FrauDulant Business Aviation surveillence system. Billing These police Departments and use of to Extortion. useing there BADges/ police Authority. or; False indetity as FBI, Homeland Security

These people HAVE HAD Sexual Exploitations with under age Girls And Boy's, By Talking to Kids of A False investigation of sexual crimes I'm a victim of David Jim Makowsky, shirley Makowsky, mildred Fulkerson, WAyne Edwards, Rusty whelan, Toni whelan I, Mathew coomer, Sonny Eastburn, MARY Sanchez, Nigel Hawman

William Russ Whelan① Archie Nelson, Tommie
Robinson, Ronald Whelan, Tommie Sizemore,
Thea Kays, Diana Cherry. Wayne Edwards,
Wayne Makowsky, Russell Whelan, Rusty Whelan
→ I tried when i was a kid to report. ←
who could i report to they was either a
Indiana State Police officer or A Clark County
Sheriff Employee.

These people Truely Believe if a picture is
painted of a criminal history of A person
no judge or Federal Bureau of Investigation
will Help me.

The crimes i committed Supposasly was
intentional to began that Ideoligly
Picture Painting
At 18 I was charged with 8 plus Burglaries
in Clark County, Indinna And the Name's
of The victims And Officers Are of those
That child molested Me. I tried to Report.

These people Do not want anyone to Say
Anything or Do Anything with out given permission
or A Direct Order.

After I Have gathered Evidence and 41 years
of Slander and picture Being painted

Black mail AND Frameing one To place Fear AND use ThaT Fear To MANipulaTe Gives THese AuThoriTy FiGures ConTrol OF a persan or BusinesS.

FACEBook Believed in LAwenForcment And INTenTionally Defamed, Slander My RepuTaTion, My Family AND Name.

CSR 2 communiTy is RuN By Local Law enForcement OFFicers And FAmily.

THe acT OF MAking UnTrue STaTemenTs abouT another which damages his/her RepuTaTion IF The DefamaTory STaTemenT is printed ar BroadcasT over The media iT is LIBEL, AND iF ORAl iT is slander.

I've Been To DepARTment oF JusTice, Homeland SecuriTy, FBI, INDiana intelligence Fusion center And I HAve HAD Disparaging, HosTile And Disagreeable opinions and Feelings,

I HAve emoTional DisTress, MenTal Flash backs, AND oF The physical Trauma ThaTs Been INDuced By These people, And Social media WebsiTes

Defamation - a Form of wrong Done by words.
A Defamatory Statement is one that tends to
Lower the plaintiff - In minds of Right Thinking
People.

Two Variations of perjury are Subornation of perjury
and False Swearing; in many states two variations
are seperate offenses.
Subornation of PERJURY is a crime in which the
defendant Does not actually testify Falsely but
instead induces, persuades, instagtes, or in Some way
procures another witness To commit perjury.
False Swearing is a False statement made under oath
but not made during an official proceeding.

Some states have created a Seperate offenses
For FAlse Swearing, while others have enacted
perjury statutes to include this type of FAlse
Statement.
These crimes also may be punished by the imposition
of a Fine, imprisonment, or Both.

Everyone as a Defendant HAS ME in there
FAce Book or CSR2 And other Social media
websites, or HAS FAlse imprisonment of myself

Any Knowing, Motive, or Intent
Opening THE DOOR  BlAck s Law Dictionary

IC 27-8-24.3-2  "ABUSE"

1.) ATTempting To cause or Intentionally, knowingly, or recklessly Causing BODILY INJURY TO PHYSICAL HARM, TO Sexual ASSAULT ON, INVoluntary Sexual intercourse with, or rape OF another individual.

2) KNOwingly engaging in a COURSE OF CONDUCT or RepeaTedly committing acts including "STAlking". as Defined in IC 35-45-10-1 or Impermissible contact as WHom Such acTs are Directed IN Reasonable Fear oF BODILY INJURY OR PHYSICAL HARM

3) SUBJecting ANOTHER INDIVIBUAL TO FAlSE IMPRISONMENT

4) ATTEMPTING TO CAUSE oF INTENTIonally, KNOwingly oF Recklessly causing Damage To property IN ORDER TO. INTIMIDATE OR ATTEMPT TO CONTROL BEHAVIOR OF ANOTHER INDIVIDUAL

I WAS STABBED ON JULY 18, 2020 in NEW Albany, INDIANA on oak street IN Front OF Denny Robinson, MARK Robinson, Trisha Robinson's HOUSE, THEY stated iT wAS over DAKOTA morris. MARK called Ambulance BUT NOT police.

I WAS TAKEN TO BAPTIST HEALTH HOSPITAL Emergency Room By Ambulance I Requested TO EMT AND Nurses To Call THE police To make a Report And IDentiEy The person THAT Stabbed me. I WAS Denied, THAT was Obviouse No police oFFicer showed up From New Albany, INDIANA police DepartmenT.

I Also Requested video Recording From Denny Robinson's and Son MARK Robinson. THEY HAVE Cameras (2) OF Them ATTATched in FronT OF House and (1) on Side oF House THAT points at SiDe Door EnTrence.

MARK Robinson DiD ReFuse To call police Department BuT DiD AGree To call Ambulance.

AFTer Several Hours aT HOSPiTAL J WAS STiTched up And Released.

I will Be SuBpeona EMT Ambulance Drivers AND RECORDS Also Emergency Room Medical Records And Employees. (I HAVE DisFigurement) I could NoT WORK oR walk For A MonTH. IT Caused A MASS Amount OF Blood Loss From FronT oF House To Side Door ENTrance EXCrusionary Amount OF PAIN. THe Trail oF Blood WAS 50 FeeT Long Approximately. IT HiT THE Side oF My shin Bone and Approximatly 4 inches To 5 inches Almost ouT THE BACK OF My CAlF Muscles I WAS INTenTionally SET up AND STabbed IN FronT OF (3) Three UnDer age Boys THAT ARE RelaTives OF

THE perpuTraTor THAT HAS Been WiTH in A Friend oR Sexual RelaTionShip wiTH DAKOTA morris AND HER MoTHer merry Duncan. AND AlSo InvolveD in A FalSe INvESTigaTioN oF mySelf. JamES EASTRIDGE By THoSe THAT ARE on THE DefendanTS LiST, AlSo THoSe OF FRIENDS on FACEBooK AnD CSR2/community Social media websiTes, AnD Through word oF mouth AlSo Through oTher meen's TEXT messages, phone calls.

IC 35-41-5-2 "CONSPIRACY"

A person conspires To Commit a Felony wHEN, wiTH inTenT To CommiT THe Felony, The person agrees wiTH another person To commiT The Felony. A conspiracy To commiT a Felony is a Felony of The Same Level as the underlying Felony.

IC 22-6-1-5 "CONSPIRACY", UNLAWFUl COMBINATION NO CouRT OF THE STATE OF INDIANA SHAll Have JURISDICTION TO ISSUE a ReSTraining ORDer OR TEmporary or permanenT InJunction upon The ground That any OF The persons PARTICIPATED.

IC 35-32-2-4 Aiding and AbETTING, CONSPIRACY, ATTEMpTS if a person in a CounTy engages in ConduCT SufficienT TO consTiTuTe Aiding, inducing or CAUSing an offense CommiTTed

I C 35-33-5-0.5 "Electronic Storage"
means any storage of Electronic user Data
on a Computer Network, or Computer System
Regardless of whether the Data is Subject to
Recall Further Manipulation, deletion, or Transmission
"Electronic Storage" includes any or electronic
Communication by an electronic Communication
Service or a remote Computing Service
Electronic user

IN THE Circuit Court No 4 For Clark County
            STATE OF INDIANA
      CAUSE No: 10C04-1804-F5-000093

STATE OF INDIANA   VS. JAMES D. EASTRIDGE

COUNT I - INTIMIDATION (Level 5 Felony)
COUNT II - INTIMIDATION (Level 6 Felony)
COUNT III - INTIMIDATION (Level 6 Felony)

ON April 20, 2018 in Clark County, State of Indiana
FBI AGENT Ronald Hornback JR Stated on
A legal Document From Sellersburg police Department
THAT Federal Bureau of Investigation Recieved An
Email From James D. Eastridge Threatning to
kill - murder Andrew Adams a Judicial officer,
Chief William Russ Whelan, Officer Calvin Fulkerson
Assitant Chief Matt Adams, Officer Alexis Shaver,
of the Sellersburg police Department,

Detective MARY Sanchez and SGT Bill Wibbles
of the Indiana State police,
and LT Racheal Lee of the Clark County Sheriff's
Department all of whom are law enforcement
officers,
James D. Eastridge did communicate a threat to
commit a forcible felony to-wit MURDER,
to Randy Shaver, Bill Alexandria, Toni Casstelli,
Roger Sanchez, Mark Sanchez, Wayne Edwards,
Valerie Whelan, Dakota Morris Shireman,
John Sawheader, Ronnie Saitsgaver, Johnny
Eastburn, and Matthew Coomer,

Sellersburg police Department Case Report
Case # 2018-00005985

RONALD HORNBACK JR AFTER Recieving EMAIL
Called Sellersburg police Department on
April 23, 2018 "3 Day's After Recieving"
Terroristic Threat, "INTIMIDATION" TO A TIP LINE

ON MAY 24, 2019 I JAMES DARREN EASTRIDGE
i, WAS Granted to proceed in Forma pauperis
After Screening My complaint under 28 U.S.C §§1915,
1915A,
Because of LACK OF EVIDENCE, And Terminology
And NO E-MAIL on RECORD, NOT AN ITEM OF
Collection, or Grouping of INFORMATION
LAWSUIT Dismissed

continue ⇒

STATES RESPONSE TO DISCOVERY

NCIC - INTERSTATE IDENTIFICATION INDEX
Criminal history Record or RAP sheeT is a Listing
OF cerTain iNFormation Taken From Finger print
Submissions ReTained by "FBI" iN connections with
ArresT(s) and in Some instances Federal employment,
NaTuralization or military Services.
IDentification Record includes Name The AGency
That SubmiTTeD the Finger prints To the FBI
The date oF arrest, The arrest charge
and dispositions ReporTs and Other ReporTs
SubmiTTed by agencies having criminal JusTice
Responsibilities

IC 35-33-50.5   Electronic storage - means any storage
OF Electronics user data on a Computer, Computer network,
OR computer SystEm Regardless OF whether The DATA
is subject To Recall, Further Manipulation, Deletion,
or Transmission. Electronic storage includes any
storage or electronic Communication by an electronic
Communication Service or a remote Computing
System. Useing a GPS Real Time Tracking Device
THrough a Telecommunication Service
Useing a Cellular "Device"

IN THE CLARK CIRCUIT COURT No. 4
STATE OF INDIANA   CASE # 10C04-1804-F5
THE STATES RESPONSE TO DISCOVERY

WAS NCIC - INTERSTATE IDENTIFICATION INDEX

Cover SHEET - NCIC Response

UNIT ID: E12
USER NAME R KNIGHT
DATE TIME 07/10/2017 01:02:19 AM

NOTICE DATE, TIME AND OFFICER NAME Employee of
Sellersburg police Department

NOTICE PRINT DATE

PAGE. 1 OF 15   INDIANA DRIVER'S License
    DL Number - 1030-00-1183   SEX-MALE   DATE OF BIRTH
                                              02-11-1973
Print DATE |
April 23,  |  Height      Weight      Expires
2018       |  6'02        220 lbs     02-11-2023
AT 5:22:00 pm |

    EYE COLOR     HAIR COLOR     ISSUED
    BLUE          BROWN          03-28-2018
  TYPE-CLASS & STATUS "OPERATOR"
    CDL - A - VALID
           ENDORSEMENTS
  CODE - 2      Description  FOR HERE - NON-CMV ONLY
  PERMITS - CLASS A ISSUED 2014-3-13 EXPIRES 2014-09-30
              Class B ISSUED 1998-09-22 EXpires 1999-03-31

ON NCIC PAGE 1 OF 15 Drivers License
HAS Different print DATE OF April 23, 2018
Different Time print Time OF 5:22:00 pm

ABove THAT A LATER Time OF FAX 5:28
From Clark County 911
MEANing Federal legal Document WAS FAXed
BeFore iT WAS Accually printed

1.) INDication OF FAlSiFY Federal legal Document
2.) 2ND INDication OF FAlSiFY Federal legal Document
   IS Cover SHEET printed 9 months Before
   PAGE ONE (1) "INDIAN Drivers License", NCIC
3.) 3RD INDication IS COVER SHEET Was printed or
   Created By Sellersburg police oFFicer.
4.) THEN FAXed From Clark County sheriffs Department
   "911" 9 months AFTER Cover Sheet Created. FAXed
   To Sellersburg police Department MATT ADAMS
PAGE 2 TWO - NCIC HAS 3 BiRTh DATES
        1. 02-11-1973     3. 02-11-1972
        2. 03-11-1973
        NO Alias NAME X

PAGE 3 Three NCIC HAS 2 BiRTh DATES AND A
       DiFFERENT pHysical Discription
       D.O.B  02-11-1973 / And 03-11-1973
       pHysical Discription HAS WEiGHT 175 lbs
       HAZEL EYE'S And BlonDE HAiR

PAGE 4 FOUR NCIC HAS A Different physical Discription From page 3 And Driver's License

Height 6'03  weight 210 lbs  HAir Brown Eyes Blue

PAGE 5 FIVE NCIC HAS Different BIRTH place From PAGE 2 And PAGE 3  INDIANA PAGE 5 FIVE HAS Birth place ILLINOIS

THIS FALSIFYi of Federal Legal Document is Clearly TO pAINT A picture OF HiSTORY OF JAmes DARREN EASTridge  pre Meditated And INTenTionally FAlse imprisonment Multiple Times

MY ARRest IN ILLINOIS WAS A Frame set up By Defendants USing me AS an INVESTigation To Bill city, STATE, and county USing AviaTion Surveillance System Digital Camera And clark county Sheriff's Helicopter's Whitch Are owned By AviaTion Surveillance ContracTed To clark county Sheriff's and Contracted And Billed To Surrounding police Department Such as Sellersburg police Department, ISP, clarksville police Dept, Jeffersonville police Dept.

WHY IS A Federal IDentification INDEX Being MANipulated, TAmpered With, FAlSified?

C. JURISDICTION

☒ I AM suing For a violation oF Federal LAW under 42 U.S.C §

☐ I Am Suing under STATE LAW. The STATE Citizenship oF The plaintiff is are different From STATE Citizenship oF every Defendant, and The Amount oF Money aT STAKE in This case NoT Counting Interest and Cost is $ _____

D. RELIEF WANTED

Describe what you waNT The courT To do if you win your lawsuiT. Examples may include AWard oF money or an order Telling deFendants To do Something or STop doing Something.

I AM RespectFully asking The courT FoR

1. CRIMINAL LIBEL –
    PublICATION OF A DELIBERATE FALSE HOOD

2. DEFAMATION OF CHARACTER – PER SE
    A STATEMENT THAT IS CLERLY INJURIOUS
    TO THE PERSON WHO IS THE OBJECT OF STATEMENT

I AM ASKING THE COURT TO GIVE a COURT ORDER Civil Restraining ORDER TO All Defendants

I Am Asking ThaT All Defendants Give A public Apology. IN writing, AND THRough poST on Social media

I Am Asking ThaT All Law enforcemenT OFFicers be Removed From All police powers, AND public OFFicials OFFice, prosecutor's AND Judicial oFFicials. And all confidenTial informanTs AS well. For FAlse Imprisonment's And cruel and unusual punishments I Am Asking the COURT To Seek STATE and Federal charges To All involved.

I Am Asking The COURT TO AUDiT The Following

1. Clark COUNTY SHeriFF's DeparTmenT
2. AviaTion SurveillANce SYSTEM DigiTAl CAMERA
3. owners OF Helicopters and Drones used For Surveillance
4. All INDividual person's involved in INVESTIGATION OF JAMES EAsTRidge From 2003 To 2023
5. CSR 2 / CommuniTy

6. THE RolsTer OF All person's Employeed By Businesses ListeD ABove. FoR ADDiTional pAY For Being An employee To confidential INFormanT,

QUESTION: WHO FUNDED THE INVESTIGATION WHAT police AGENCY, oR AviaTion Surveillance OWNER'S WHELAN(s), HAWMAN(s), MAKOWSKY(s) ECT?

CRIMINAL LIBEL -

IS THE CRIME OF Defamation in writing OF A private person or OF using writings For the INTENDED purpose

I AM ASKING THE court to CHARGE Defendants OF crimes THAT HAS CAUSED ME ANY OF N THE Following under IC 34-30-29.2-2 And under 34-24-4-4, PAY FOR AS Follows

1. MEDICAL EXPENSES
2. Treatment and Rehabilitation FOR post TRAUMATIC Disorder And PARanoid psychosis
3. ECONOMIC DAMAGES And Non ECONOMIC DAMAGES
4. LoSS oF productivity
5. Support expenses
6. INJURY (s)
7. ABSenTeeism
8. Emotional pAIN Suffering
9. Emotional Distress
10. LOSS OF companionship
11. Medical Anguish
12. DisFigorement
13. LOSS OF ENJOYMENT
14. CRIMINAL KonFinement,
15. MENTAL ANGUISH
→ 16. Reasonable Attorney Fees, Court cost, Reason expenses For Expert Testimony
17. PUNITIVE DAMAGES

I'M ASKING THE COURT FOR PUNITIVE DAMAGES

1. NEGLIGENCE — ON PART OF FaceBook and CSR 2 /Community Social media For NOT Blocking SUCH Gross Disparaging humiliating Comments with out Doing There own INVESTigation on The Accused posted. Bullying, HArassment, Threatning

2. NEGLIGENCE — ON PART OF ALL LAW ENForcement OFFICER'S And public OFFicials involved in perjury slander IC 35-44.1-2-1

3. NEGLIGENCE — FoR AIDING And ABETTING For USEING A BUSINESS with THE INTENT TO Commit A Crime, UNDER 35-32-2-4 INDiana code

4. NEGLIGENCE — ON LAWENForcement AND public OFFicials For NOT "INTERVENING"

5. NEGLIGENCE — ON All DEFENDANT'S For "ConsPIRACY" TO DE FRAUD THE CiTY, STATE, COUNTY OF MONEY FOR A FAlSE INVESTIGATION OF 20 yEARS. UNDER IC 35-32-2-4

6. FOR INJURIES ACCURED

7. FOURTH ADmendment Rights Violations

8. EighTH 8th ADmendment Rights Violations

9. UNAUThorized INVESTIGATIONS or SURVEillance UNDER IC 6-8.1-3-2.2

10. IC 35-43-5 FRAUD, FORgery

11.

PRAYER FOR Relief

whereFore, plaintiff RespectFully prays THAT This Court ENTER Judgement granting plaintiff

A) A Declaration THAT the act's and omissions Described herein ViolaTED plaintiff's Rights under the Constitution and LAWS oF THe UNITED STATES

B) Compensatory DAMAGES IN THE AmounT oF $ 5,000,000 Million AGAINST each DefendanT JoinTly and Severally

c) Punitive DAMAGES in the AmounT oF $ 5,000,000 Million AGAINST each DefendanT

1. A Jury Trial on all ISSUES Triable by Jury
2. PlainTiff's COST IN This SUIT
3. ANY ADDITional relief THIS court Deems Just, proper and equitable.

DATE  1-9-2023
RespectFully Submitted,
JAMES DARREN EASTRIDGE
James Darren Eastridge  ID 27502
501 CourT Ave
JeFFersonville, IN 47130

E. JURY DEMAND

☑ JURY DEMAND - I WANT a JURY TO hear
My case.

OR

☐ COURT TRIAL - I WANT a Judge TO hear my case

DATE THIS _____ DAY OF _____ 2023

Respectfully Submitted,

James Darren Eastridge
Signature OF Plaintiff

27502
Plaintiff's Prisoner ID Number

Request TO proceed IN DISTRICT COURT WITHOUT
PREPAYING THE FILING FEE

☑ I DO Request That I be allowed TO File This
complaint without paying The Filing Fee.
I have completed a request To proceed in
the DISTRICT COURT without prepaying The Fee
AND ATTAChed iT TO the complainT.