UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JAMES DARREN EASTRIDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:23-cv-00008-SEB-KMB |
| ) | |
| FACEBOOK Social Media Website, ) | |
| CSR2 Community Social Media Website, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

The Court having this day made its Entry directing the entry of final judgment, this action is dismissed without prejudice.

IT IS SO ORDERED.

Date: 7/31/2023

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JAMES DARREN EASTRIDGE
27502
CLARK COUNTY DETENTION CENTER
501 Court Ave
Jeffersonville, IN 47130